IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-02085-MSK-BNB

ANTONIO ESTRADA LAGUNAS,

Plaintiff,

v.

THE BOARD OF TRUSTEES OF THE TOWN OF LOCHBUIE, COLORADO, and LOCHBUIE POLICE OFFICER MATT CLARK, in his official and individual capacities,

Defendants.

_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **September 21, 2005**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated September 1, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge