IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-02085-MSK-BNB

ANTONIO ESTRADA LAGUNAS, and
AMY MCARTHUR,

      Plaintiffs,

v.

THE BOARD OF TRUSTEES OF THE TOWN OF LOCHBUIE, COLORADO, and
LOCHBUIE POLICE OFFICER MATT CLARK, in his official and individual capacities,

      Defendants.

___

## ORDER OF DISMISSAL OF CLAIMS WITH PREJUDICE
___

      **THIS MATTER**, having come before the Court on the Stipulation for Dismissal with Prejudice between Plaintiff Amy McArthur and the Defendants, the Court hereby

      **ORDERS** that Plaintiff Amy McArthur's claims against Defendants are hereby dismissed with prejudice, each party shall bear responsibility for their own attorney's fees and costs as agreed between the parties. The trial on such claims is vacated, however it appears that there remain claims by Plaintiff Antonio Lagunas which are set for trial on November 14, 2005. All future pleadings will

bear a revised caption showing Mr. Lagunas as the only plaintiff.

**DATED** this 2nd day of September, 2005.

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge