IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-02085-MSK-BNB

ANTONIO ESTRADA LAGUNAS

    Plaintiffs,

v.

THE BOARD OF TRUSTEES OF THE TOWN OF LOCHBUIE, COLORADO, and LOCHBUIE POLICE OFFICER MATT CLARK, in his official and individual capacities,

    Defendants.
_____

## ORDER FOR DISMISSAL WITH PREJUDICE
_____

**THIS MATTER**, having come before the Court, the Court having received and reviewed the parties' Stipulations for Dismissal with Prejudice **(#72 and #73)** and the file, having considered said Stipulations for Dismissal with Prejudice, and being fully advised in the premises, the Court hereby

**ORDERS** that the Stipulations for Dismissal with Prejudice are granted.  Plaintiffs' claims against Defendants Board of Trustees of the Town of Lochbuie, Colorado and Matt Clark are hereby dismissed with prejudice, and each party is to bear their own attorney's fees and costs as agreed between the parties.

The clerk is instructed to close this case.

DATED this 6th day of October, 2005.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge